## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA**          \*

**Plaintiff**          \*

          \* **CRIM. NO. 21-0171-02(PAD)**

          v.          \*

          \*

**EUFEMIO ESPINAL**          \*

**Defendant**          \*

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## MOTION FOR BRIEF CONTINUANCE

**TO THE HONORABLE COURT:**

**COMES NOW**, the defendant Eufemio Espinal, through the undersigned counsel, and hereby hence very respectfully informs and requests as follows:

1. That this Court set a status conference for June 20th, 2025, at 9:30 a.m.

2. That for the same day and time the undersigned counsel had scheduled a hearing before the Puerto Rico Psychologist Board in the case of Psychologist Norma I.. Gomez-Soto.  Therefore, the undersigned counsel very very respectfully moves for either a brief continuance for the same day in the afternoon or for this hearing to be continued for the very next day.

**WHEREFORE**, it is hereby very respectfully requested for this Honorable Court to take notice of the information herein contained in this motion and to enter Order briefly continuing the instant hearing for either the same day in the afternoon or for this hearing to be continued for the very next day.

**RESPECTFULLY SUBMITTED.**

**CERTIFICATE OF SERVICE:** I hereby certify that on today's date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will automatically send notification of such filing to the parties of record.

At San Juan, Puerto Rico, this 3rd day of June, 2025.


/s/Johnny Rivera-González

Johnny Rivera-González, Esq.

U.S.D.C. - P.R. Bar No. 207710

P.O. Box 192397

San Juan, Puerto Rico 00919-2397

Telephone Number: 787-470-4986

E-Mail: goodjrg@gmail.com